DENIED. The arguments for dismissal are without merit, or pertinent at most to a Rule 56 motion. The argument set for January 4 is off. Counsel will proceed under the terms of the August 30, 2011 Scheduling Order. So ordered. Michael A. Ponsor USDJ Jan. 3, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:11-CV-30171 MAP

IMEDICOR, INC. FKA VEMICS, INC.,
Plaintiff

VS.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,
Defendant

## PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM

Now comes Plaintiff, "Vemics" and moves this court to dismiss the counterclaim of the Defendant, "Mass. Mutual".

## I. STATEMENT OF FACTS

A. Count I of the counterclaim admits the parties. *See Defendant's Counterclaims*, ¶¶ 1 - 2.

B. Count I of the counterclaim admits the contract between the parties (hereafter the "Contract"). *See Defendant's Counterclaims*, ¶ 4.

C. Mass. Mutual paid Vemics more than $490,850.00 on the Contract. *See Defendant's Counterclaims*, ¶ 5.

D. The counterclaim alleges that Vemics caused significant damages to Mass. Mutual. *See Defendant's Counterclaims*, ¶¶ 6 - 7.

E. The Contract was signed December 22, 2006, and called for annual renewals thereafter *See Complaint*, Exhibit B-1.

## II. ARGUMENT

A. Count I of the counterclaim must be dismissed under Fed.R.Civ. Pro. Rule 12 b(6) for failure to state a claim.

B. The Contract between the parties called for Vemics to provide to Mass. Mutual its Live Access video conferencing with a 130 seat license, annual help desk support, hosting services, related software and some hardware for telecommunications.