UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:11-CV-30171 MAP

IMEDICOR, INC. FKA VEMICS, INC., )
   Plaintiff )
 )
VS. )
 )
MASSACHUSETTS MUTUAL LIFE )
INSURANCE COMPANY, )
   Defendant )

**PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

Now comes Plaintiff, "Vemics" and moves this court to dismiss the counterclaim of the Defendant, "Mass. Mutual".

I. **STATEMENT OF FACTS**

  A. Count I of the counterclaim admits the parties. *See Defendant's Counterclaims*, ¶¶ 1 - 2.

  B. Count I of the counterclaim admits the contract between the parties (hereafter the "Contract"). *See Defendant's Counterclaims*, ¶ 4.

  C. Mass. Mutual paid Vemics more than $490,850.00 on the Contract. *See Defendant's Counterclaims*, ¶ 5.

  D. The counterclaim alleges that Vemics caused significant damages to Mass. Mutual. *See Defendant's Counterclaims*, ¶¶ 6 - 7.

  E. The Contract was signed December 22, 2006, and called for annual renewals thereafter *See Complaint*, Exhibit B-1.

II. **ARGUMENT**

  A. Count I of the counterclaim must be dismissed under Fed.R.Civ. Pro. Rule 12 b(6) for failure to state a claim.

  B. The Contract between the parties called for Vemics to provide to Mass. Mutual its Live Access video conferencing with a 130 seat license, annual help desk support, hosting services, related software and some hardware for telecommunications.

1

[Handwritten margin note: DENIED. The arguments for dismissal are without merit, or pertinent at most to a Rule 56 motion. The argument set for January 4 is off. Counsel will proceed under the terms of the August 30, 2011 Scheduling Order. So ordered. /s/ Michael A. Ponsor USDJ Jan. 3, 2012]