*[Handwritten note in left margin:]* DENIED without prejudice. Many issues raised by this motion may be addressed through a motion at the close of evidence, or may be more properly dealt with at trial. /s/ Michael A. Ponsor  COPT 5-2-13

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:11-CV-30171 MAP

IMEDICOR, INC. FKA VEMICS, INC.,  )
    Plaintiff )
 )
VS. )
 )
MASSACHUSETTS MUTUAL LIFE )
INSURANCE COMPANY, )
    Defendant )

**MOTION IN LIMINE BY IMEDICOR, INC. FKA VEMICS, INC.**

Plaintiff, IMEDICOR, INC. FKA VEMICS, INC. ("Imedicor") files this motion in limine to regulate the admissibility of evidence offered at trial by Imedicor and by Massachusetts Mutual Life Insurance Company ("MassMutual").

I. **Non-Disclosed Evidence.**

   A. MassMutual refers to demonstrative evidence in its pre-trial memorandum which is not merely enlarged copies of documents but which is a video or chart containing information which has never been disclosed to Imedicor. See Fed. R. Civ. P. 26. For this reason such evidence should be inadmissible.

II. **Evidence of Damages**

   A. MassMutual disclosed no computation of each category of damages it claims as required by Fed. R. Civ. P. 26.(1)(iii), except for Amended Counterclaim paragraph #5, "in excess of $490,850 for goods and services which Vemics has failed to provide." Any evidence in support of damages which cannot be awarded is inadmissible.

1