UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:11-CV-30171-MAP

IMEDICOR, INC., F/K/A VEMICS, INC.
PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM
V.
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM

### MOTION TO QUASH SUBPOENA

Defendant and Plaintiff-in-Counterclaim, Massachusetts Mutual Life Insurance Company ("MassMutual"), moves pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv), to quash as oppressive, unreasonable, frivolous and unduly burdensome, the last-minute, eve-of-trial subpoena served by plaintiff, Imedicor, Inc. ("Imedicor"), on MassMutual's President, Chief Executive Officer, and Chairman, Roger Crandall ("Mr. Crandall"). A copy of the subpoena is attached hereto as Exhibit A.

Federal Rule of Civil Procedure 45(c)(3)(A)(iv) commands that a court "shall" quash or modify a subpoena if the subpoena "subjects a person to undue burden." The Rule protects persons for whom compliance with a subpoena would be an undue burden, and imposes sanctions on serving parties who fail to take the reasonable steps to avoid such a burden. Fed. R. Civ. P. 45(c)(1). *See Heidelberg Americas v. Tokyo Kikai Seisakusho*, 333 F. 3d 38, 41 (1st Cir. 2003).

In this case, Mr. Crandall has <u>never</u> appeared on <u>any</u> witness list filed by the plaintiff, not even as a potential witness. To the knowledge of undersigned counsel for MassMutual, Mr. Crandall's name appears on <u>no</u> document related to this case in <u>any</u> respect, whether as sender, recipient, person cc'd, or even as someone mentioned in the document. Undersigned counsel for

*Allowed. The party is not listed as a witness in the final pretrial memo. So ordered. Michael B. Ponsor USDJ 5-2-13*